TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 699-8693
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Mike Moore

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mike Moore,<br><br>          Plaintiff,<br><br>     vs.<br><br>Midland Credit Management, Inc; and<br>DOES 1-10, inclusive,<br><br>          Defendants. | Case No.: 4:14-CV-2028-TUC-JR<br><br>**NOTICE OF SETTLEMENT** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of

Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.

Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 29th day of April, 2014.


LEMBERG LAW, LLC

 */s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff

4:14-CV-2028                                                NOTICE OF SETTLEMENT

1

## CERTIFICATE OF SERVICE

2

3

I, the undersigned, certify and declare that I am over the age of 18 years, and

4

not a party to the above-entitled cause. On April 29, 2014, I served a true copy of

5

foregoing document(s): **NOTICE OF SETTLEMENT**.

6

7

**BY ELECTRONIC FILING:** I hereby          **Attorney for Defendants**

8

certify that on April 29, 2014, a copy of
the foregoing document was filed

9

electronically. Notice of this filing will be

10

sent by operation of the Court's electronic
filing system to all parties indicated on

11

the electronic filing receipt. All other
parties will be served by regular U.S.

12

Mail. Parties may access this filing

13

through the Court's electronic filing

14

system.

15

16

I am readily familiar with the firm's practice of collection and processing

17

correspondence for mailing. Under that practice it would be deposited with the U.S.

18

19

Postal Service on that same day with postage thereon fully prepaid in the ordinary

20

course of business. I am aware that on motion of the party served, service is presumed

21

invalid if postal cancellation date or postage meter date is more than one day after the

22

23

date of deposit for mailing in affidavit.

24

I hereby certify that I am employed in the office of a member of the Bar of this

25

Court at whose direction the service was made.

26

27

Executed on April 29, 2014.

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   */s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff

4